IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RON BOPP, CLYDENE MARIE CARLSON, RICHARD FRASURE, SCOTT HANCOCK, RICHARD NESMITH, BRAD SCHOLES, MICHELLE SHARP, CRAIG SIMMONS, RANDALL SORENSON, VERL STUART, GINA TEDFORD and DAVID K. ZORN,<br><br>Plaintiffs,<br><br>vs.<br><br>IDAHO NATIONAL LABORATORY EMPLOYEE RETIREMENT PLAN, BATTELLE ENERGY ALLIANCE, LLC, an Idaho limited liability company and BECHTEL BWXT IDAHO, LLC, an Idaho limited liability company,<br><br>Defendants. | Case No. 09-CV-00390-MHW<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

This matter having come before the Court on the parties' Stipulation for Extension of Time to Respond to Defendants' Motion to Dismiss (Docket No. 17), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The filing date for Plaintiffs' Response to Defendants' Motion to Dismiss is extended from October 23, 2009 to no later than October 30, 2009.

DATED: October 26, 2009

_____
Honorable Mikel H. Williams
United States Magistrate Judge